IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON JONES,

   Plaintiff,

     v.

TITLEMAX OF GEORGIA, INC.,
d/b/a TITLEMAX OF FOREST PARK #1,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-1154-TWT

## OPINION AND ORDER

This is a Truth in Lending Act action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Compel Arbitration [Doc. 3]. After careful consideration, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Arbitration [Doc. 3] is GRANTED in part and DENIED in part. It is granted to the extent that the Plaintiff is compelled to submit her claim to arbitration. It is denied to the extent that the Defendant seeks dismissal of this action. This action is STAYED and the Clerk is directed to close it administratively.

T:\ORDERS\05\Jones\05cv1154\r&r.wpd

SO ORDERED, this 7 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge